**Motion Granted in Part and Order filed December 15, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00721-CV

**PAMELA G. KOSTAS, Appellant**

**V.**

**CYNTHIA KOSTAS; GEORGIA G. KOSTAS A/K/A GEORGIA G. NICHOLAS; LEGACY TRUST COMPANY, N.A; and ANN KOSTAS DAVIS; Appellees**

**On Appeal from Probate Court No 2**
**Harris County, Texas**
**Trial Court Cause No. 454096**

## ORDER

This is an appeal from a judgment signed July 18, 2018. On October 15, 2020, appellant Pamela G. Kostas filed a motion to dismiss which we construe as a motion for partial disposition. Rule 42.1(b) allows for a partial disposition as

follows: "A severable portion of the proceeding may be disposed of under (a) if it will not prejudice the remaining parties." *See* Tex. R. App. P. 42.1(b). In accordance with appellant Pamela G. Kostas's motion to dismiss, we dismiss (1) the part of this appeal in which Pamela G. Kostas appeals from the trial court's denial of the application for appointment of George and Stephanie Davis as personal representatives of the Estate of George J. Kostas, Deceased; and (2) the part of this appeal in which Pamela G. Kostas appeals from the trial court's appointment of Legacy Trust Company, N.A., to serve as Administrator with Will Annexed for the Estate. To this extent, we grant Pamela G. Kostas's motion to dismiss. The rest of the appeal remains pending before this court.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Spain.